UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID SCOTT HARRISON, | Case No. CV 06-7423-GW (RNBx) |
| Plaintiff, | **JUDGMENT ON SPECIAL VERDICT** |
| vs. | |
| JAMES TILTON, et al., | |
| Defendants. | |

This action came on regularly for trial on February 9, 2010 in Courtroom 10 of the United States District Court, Central District of California, Western Division, Honorable George H. Wu, presiding.  The Plaintiff in this Case No. CV 06-7423-GW (RNBx), David Harrison, was represented by John Fattahi of the Law Offices of Dale Galipo and Thomas O'Brien of Quinn Emanuel Urquhart Oliver & Hedges.  Defendant Janet Jimenez in this Case was represented by Janine K. Jeffery of Reilly & Jeffery.  Defendant Jose Carrillo in this Case was represented by Jack Schuler and John D. Hardy of Schuler & Brown.  Defendant Rodi Moran was represented by Susan E. Coleman of Manning & Marder, Kass, Elrod, Ramirez.

A jury of eight persons was regularly empanelled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments of counsel,

1  the jury was duly instructed by the Court and the Cause was submitted to the jury.
2  The jury deliberated and thereafter returned into Court with its verdict as follows:
3       Plaintiff David Harrison is entitled an award in the sum of $15,500.00 in
4  compensatory damages and $2,500.00 in punitive damages against Defendant Janet
5  Jimenez.  Plaintiff David Harrison shall take nothing from Defendants Jose
6  Carrillo and Rodi Moran.
7       NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that
8  Plaintiff David Harrison shall recover the sum of $18,000.00 from Defendant Janet
9  Jimenez with interest from the date of entry of this judgment until paid, together
10 with Plaintiff's costs and attorney's fees as determined by the Court at a later date.
11      IT IS ALSO ORDERED, ADJUDGED AND DECREED that Plaintiff takes
12 nothing from Defendants Jose Carrillo and Rodi Moran.

15 DATED:     February 23, 2010

                                          Hon. George H. Wu
                                          United States District Judge