UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCOTT HARRISON,<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMES TILTON, et al.,<br><br>    Defendants. | Case No.: CV 06-7423-GW (RNBx)<br><br>JUDGMENT ON POST-TRIAL MOTIONS |

On February 25, 2010, following a jury trial, the Court entered a Judgment on Special Verdict in favor of Plaintiff David Scott Harrison and against Defendant Janet Jimenez, and also in favor of Defendants Rodi Moran and Jose Carrillo against Plaintiff. *See* Docket No. 265. On March 16, 2010, Defendant Jimenez filed a timely Renewed Motion for Judgment as a Martter of Law. *See* Docket No. 271. On July 11, 2012, the Court issued an Order as to: (1) Defendant Jimenez's motion – granting it in part and denying it in part, (2) Plaintiff's motion for attorneys' fees and costs, and (3) the applications to tax costs filed by Plaintiff and by Defendants Moran and Carrillo. *See* Docket No. 285. This Judgment reflects the resolutions of these post-trial motions as set forth in the Court's July 11, 2012 Order.

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff David Scott Harrison shall recover from Defendant Janet Jimenez the sum of $41,592.54 with

interest from February 25, 2010 until paid, representing compensatory damages of $15,500.00, costs of $5,942.54, and attorneys' fees of $20,150.00.

IT IS ALSO ORDERED, ADJUDGED AND DECREED that Defendant Jose Carrillo shall recover from Plaintiff his costs in the sum of $379.26 with interest from February 25, 2010 until paid, and Defendant Rodi Moran shall recover from Plaintiff his costs in the sum of $590.10 with interest from February 23, 2010 until paid.

DATED: This 24th Day of July, 2012.

*George H. Wu*
Hon. George H. Wu
United States District Judge